IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAKSHA SORATHIA,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | No. 19-4253 |
| **FIDATO PARTNERS, LLC,** *et al.*, | : | |
| *Defendants.* | : | |
| **DAKSHA SORATHIA,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| v. | : | |
| **FIDATO PARTNERS, LLC,** *et al.*, | : | NO. 19-6143 |
| *Defendants.* | : | |

**ORDER**

**AND NOW**, this 31st day of August, 2020, upon consideration of Defendants' Motion to Compel Arbitration (Civ. A. No. 19-4253, Doc. No. 13), Plaintiff's Response (Civ. A. No. 19-4253, Doc. No. 17), and Defendants' Reply (Civ. A. No. 19-4253, Doc. No. 20), and following oral argument, it is hereby **ORDERED** that the Motion is **DENIED**. Within **fourteen (14) days** from the date of this Order, Defendants shall file their Answers.

                                                           **BY THE COURT:**

                                                           */s/   Mitchell S. Goldberg*
                                                           **MITCHELL S. GOLDBERG, J.**